No. 362. CHARLES H. ADDINGTON, AS TRUSTEE IN BANKRUPTCY, ETC. *v.* FORSYTH METAL GOODS COMPANY. October 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. John A. Van Arsdale* for petitioner. *Mr. Harold J. Adams* for respondent.

---

No. 363. SUMNER IRON WORKS *v.* TODD DRYDOCK & CONSTRUCTION CORPORATION. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. E. Horan* for petitioner. *Mr. Solicitor General Beck, Mr. Chauncey G. Parker* and *Mr. Henry M. Ward* for respondent.

---

No. 378. RAY E. ROBINSON ET AL. *v.* UNITED STATES. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin Slade* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 379. JAMES COX DAVIS, AGENT, ETC. *v.* MARION C. SLOCOMB, ADMINISTRATRIX, ETC. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. F. G. Dorety* and *Mr. Edwin C. Matthias* for petitioner. *Mr. Arthur E. Griffin* for respondent.

---

No. 380. PAUL P. GLASER *v.* UNITED STATES. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank P. Walsh* and *Mr. Paul P. Glaser* for petitioner. No brief filed for the United States.